No. 724. KOHINOOR COAL Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *James J. Dougherty* for petitioner. *Solicitor General*

Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Morton K. Rothschild and Joseph W. Bishop, Jr. for respondent.

